### 17610.   GOSSETT v. THE STATE.

LUKE, J.  The plaintiff in error was convicted of violating the prohibition
statute, his motion for a new trial was overruled, and he sued out a
bill of exceptions, assigning error upon the verdict, as being contrary
to evidence, and upon the failure of the court to charge on impeachment
of witnesses, but failed to except to the judgment overruling his motion
for a new trial.  This court, therefore, has no jurisdiction to entertain
the case.

*Writ of error dismissed.   Broyles, C. J., concurs.   Bloodworth, J., absent
on account of illness.*

DECIDED NOVEMBER 9, 1926.

Transporting intoxicating liquor; from Rockdale superior court
—Judge Hutcheson.   June 23, 1926.

*Paul L. Lindsay,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 135, n. 28.